AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    3:23-CV-01526-VDO

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Arka LLC**
was recieved by me on **11/22/2023:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Krishna Kunapuli**, who is designated by law to accept service of process on behalf of **Arka LLC** at **3242 Windridge Circle, Littleton, CO 80126** on **12/01/2023 at 4:04 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   12/08/2023

*Server's signature*

**Scott Henderson**
*Printed name and title*

**834 F South Perry Street
116
Castle Rock, CO 80104**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Krishna Kunapuli with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired Middle Eastern male contact 35-45 years of age, 5'6"-5'8" tall and weighing 120-140 lbs with an accent.**



Tracking #: **0119639507**