UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NANDA KUPPUSWAMY, | : | Civil Action No.:   3:23-cv-01526-VDO |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| ARKA LLC; 3LINES, LLC, d/b/a 3LINES VENTURE CAPITAL and/or 3LINES VC; 3LINES ADVISORS LLC; TRINETRUM GP, LLC; KRISHNA KUNAPULI; PALLAB CHATTERJEE; and KAMALESH DWIVEDI, | : | |
| | : | |
| Defendants | : | DECEMBER 11, 2023 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, James R. Smart, is appearing as counsel of record in the above-captioned action on behalf of Defendants.

    Respectfully submitted,
    **DEFENDANTS**

    By:  /s/ James R. Smart
    James R. Smart (ct20982)
    McElroy, Deutsch, Mulvaney & Carpenter LLP
    30 Jelliff Lane
    Southport, CT  06890
    Phone: 203.319.4039
    Fax: 203.259.0251
    jsmart@mdmc-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2023 a copy of the foregoing Appearance was filed electronically and served by mail on the parties identified below. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ James R. Smart
James R. Smart